# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA and the STATE OF MICHIGAN *ex rel* SCOTT STONE and BETHANY MCKINLEY,

    Plaintiffs,

v.

TRAVERSE ANESTHESIA ASSOCIATES, PC, PHYMED HEALTHCARE GROUP, LLC, MARK AULICINO, MD, FREDERICK CAMPBELL, MD, EDWARD VOMASTEK, DO, BRIAN KIESSLING, MD, TIMOTHY ESSER, MD, MATTHEW MARTIN, MD ROBERT DAVID DENYER, A.A., CYNTHIA RANKIN, A.A., and DENISE CAMPBELL

    Defendants.

**FILED UNDER SEAL**

Case No. 1:18-cv-1416
Hon. Janet T. Neff

## APPEARANCE

To: Clerk of the Court
   and
   All Counsel of Record

Please take notice that we enter our appearance on behalf of the Plaintiff State of Michigan in the above-entitled matter.

             DANA NESSEL
             Attorney General

             */s/ Jason Evans*

             Jason Evans (P61567)
             Assistant Attorney General
             Health Care Fraud Division
             P.O. Box 30218
             Lansing, MI 48909

Dated: January 22, 2019

## PROOF OF SERVICE

I, Julie Gerszewski, hereby certify that a copy of the foregoing Michigan Attorney General's Appearance was served, via U.S. Mail, postage prepaid on the 22nd day of January, 2019 to the following:

Patricia Stamler  
Matthew Turchyn  
1760 S. Telegraph Rd., Suite 300  
Bloomfield Hills, MI 48302

Andrew Hull, AUSA  
U.S. Attorney's Office  
330 Ionia Ave., NW, Suite 501  
Grand Rapids, MI 49503

Julie Gerszewski, Legal Secretary  
Health Care Fraud Division  
State of Michigan

CASES/19-0240178/LGL APP.190122

**DANA NESSEL**
ATTORNEY GENERAL
Lansing, Michigan 48913



XXX LANS MI 488 1/22/19 XXX

U.S. POSTAGE >> PITNEY BOWES

ZIP 48906 $ 000.37⁸
02 1W
0001395608 JAN 22 2019

PRESORTED
FIRST CLASS

Honorable Janet T. Neff
USDC – Western District of Michigan
401 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

**CASE UNDER SEAL**

LTD-SSB 49503