UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT STONE, et al.,

      Plaintiffs,                             Case No. 1:18–cv–1416

     v.

TRAVERSE ANESTHESIA
ASSOCIATES, P.C., et al.,

      Defendants.
_____/

## NOTICE REGARDING REASSIGNMENT

     NOTICE is hereby given that matters that were previously assigned or referred to Magistrate Judge Ellen S. Carmody in this case have been reassigned to Magistrate Judge Sally J. Berens under Administrative Order No. 19–CA–093. Unless notified otherwise under separate notification, all current deadlines and any scheduled hearings will remain as previously scheduled.

                                             THOMAS L. DORWIN
                                             CLERK OF COURT

Dated:  November 4, 2019     By:   /s/ Lauren Packard_____
                                                 Deputy Clerk