## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF MICHIGAN, ex rel, SCOTT STONE and BETHANY MCKINLEY, | ) ) ) ) ) | |
|      Plaintiffs - Relators | ) ) | |
| -vs- | ) ) | CASE NO. 1:18-CV-1416 |
| | ) | |
| TRAVERSE ANESTHESIA ASSOCIATES, P.C., a domestic professional corporation, PHYMED HEALTHCARE GROUP, LLC, a Delaware limited liability corporation, MARK AULICINO, M.D., FREDERICK CAMPBELL, M.D., EDWARD VOMASTEK, D.O., BRIAN KIESSLING, M.D., TIMOTHY ESSER, M.D., MATTHEW MARTIN, M.D., ROBERT DAVID DENYER, A.A., CYNTHIA RANKIN, A.A., and DENISE CAMPBELL, Jointly and Severally | ) ) ) ) ) ) ) ) ) ) ) ) | |
|      Defendants. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

     Before the Court is Defendants' Second Unopposed Motion requesting an extension of time within which to answer or otherwise respond to Plaintiffs' Complaint. For good cause show, the motion is GRANTED. Defendants shall have additional time up to and including February 21, 2020 within which to answer or otherwise respond to Plaintiffs' Complaint.

     IT IS SO ORDERED this __12th__ day of February, 2020.

                            /s/ Robert J. Jonker
                         UNITED STATES DISTRICT JUDGE