UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT STONE, et al.,

        Plaintiffs,

                                     File No: 1:18-CV-1416
v.

                                     HON. ROBERT J. JONKER
TRAVERSE ANESTHESIA ASSOCIATES,
P.C., et al.,

        Defendants.

_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court was advised by Plaintiffs' counsel on February 24, 2020, that the parties have reached a settlement.

Accordingly, closing documents shall be filed no later than **March 16, 2020**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

Date:    February 24, 2020          /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        CHIEF UNITED STATES DISTRICT JUDGE